934 A.2d 695

**COMMONWEALTH of Pennsylvania, Appellant,**

**v.**

**Brian RAAB, Appellee.**

Supreme Court of Pennsylvania.

Nov. 20, 2007.

Karen Ann Diaz, Esq., Diane E. Gibbons, Esq., Doylestown, for Commonwealth of Pennsylvania.

Neils C. Eriksen, Jr., Esq., for Brian Raab.

BEFORE: CAPPY, C.J., and CASTILLE, SAYLOR, EAKIN, BAER, BALDWIN and FITZGERALD, JJ.

## *ORDER*

PER CURIAM.

**AND NOW,** this 20th day of November, 2007, the order of the Superior Court is REVERSED. *See Commonwealth v. Dickerson,* 468 Pa. 599, 364 A.2d 677, 682 (1976) (stating "hearsay evidence is considered valid information in testing probable cause to arrest"); *see also Commonwealth v. Stokes,* 480 Pa. 38, 389 A.2d 74, 77 (1978); Pa.R.E. 104(a).